**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: Robert C. Buccigrossi<br>　　　　　　　　Debtor(s) | BK. NO. 19-24869 JAD |
| _____ | CHAPTER 13 |
| US Bank Trust National Association, not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, | Related to Docket #_____ |
| 　　　　　　　　Movant | |
| 　　　　v. | |
| Robert C. Buccigrossi<br>Collen F. Buccigrossi | |
| 　　　　　　　　Respondants<br>　　　and | |
| Ronda J. Winnecour, Trustee | |
| 　　　　　　　　Additional Respondents | |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　　　AND NOW, this 　　 day of 　　　　, 2023, at Pittsburgh, upon Motion of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, its successors and/or assigns, it is

　　　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and the Co-Debtor Stay under Section 1301 of the Bankruptcy Code, is modified with respect to the subject premises located at 216 Garfield Road, Latrobe, PA 15650 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge