IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO.  19-24869-JAD |
| ROBERT C. BUCCIGROSSI, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ROBERT C. BUCCIGROSSI, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK TRUST NATIONAL | ) | |
| ASSOCIATION, not in its individual | ) | |
| capacity but solely as Owner Trustee for | ) | |
| VRMTG ASSET TRUST, by FAY | ) | |
| SERVICING, LLC, its mortgage servicer, | ) | |
| | ) | |
| Creditor/Respondent. | ) | |

## **CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR LOSS MITIGATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on June 22, 2023, Doc. No. 110, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on June 22, 2023, Doc. No. 111, Responses to the Motion were to be filed and served no later than July 10, 2023.

It is hereby respectfully requested that the Proposed Order filed on June 22, 2023, Doc. No. 110-3 be entered by the Court.

Dated: July 11, 2023    /s/ Glenn R. Bartifay
    GLENN R. BARTIFAY, ESQUIRE
    Pa. Id. No. 68763
    Attorney for Movant/Debtor

    BARTIFAY LAW OFFICES, P.C.
    2009 Mackenzie Way, Suite 100
    Cranberry Township, PA 16066
    (412) 824-4011
    gbartifay@bartifaylaw.com