IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24869-JAD |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ROBERT C. BUCCIGROSSI, ) | |
| Movant/Debtor, ) | |
| vs. ) | |
| US BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as Owner Trustee for VRMTG ASSET TRUST, by FAY SERVICING, LLC, its mortgage servicer, ) | |
| Creditor/Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXTEND TIME**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Time filed on June 22, 2023, Doc. No. 112, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on June 22, 2023, Doc. No. 113, Responses to the Motion were to be filed and served no later than July 10, 2023.

It is hereby respectfully requested that the Proposed Order filed on June 22, 2023, Doc. No. 112-2 be entered by the Court.

Dated: July 11, 2023   /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Attorney for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com