IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24869-JAD |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ROBERT C. BUCCIGROSSI, ) | |
| Movant/Debtor, ) | |
| vs. ) | |
| US BANK TRUST NATIONAL ASSOCIATION, not in its individual capacity but solely as Owner Trustee for VRMTG ASSET TRUST, by FAY SERVICING, LLC, its mortgage servicer, ) | |
| Creditor/Respondent. ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Order dated July 13, 2023, Doc. No. 123 was served on July 13, 2023 as follows:

By electronic mail addressed as follows:

Brian Nicholas on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

1

By first class mail addressed as follows:

US Bank Trust National Association, not in its
individual capacity but solely as Owner Trustee
for VRMTG Asset Trust, by Fay Servicing, LLC,
its mortgage servicer
Attn: Kinnera Bhoopul, Officer
P.O. Box 814609
Dallas, TX 75381-4609

Dated: July 14, 2023  /s/ Glenn R. Bartifay
GLENN R. BARTIFAY, ESQUIRE
Pa. Id. No. 68763
Counsel for Movant/Debtor

BARTIFAY LAW OFFICES, P.C.
2009 Mackenzie Way, Suite 100
Cranberry Township, PA 16066
(412) 824-4011
gbartifay@bartifaylaw.com