**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO. 19-24869-JAD |
| ROBERT C. BUCCIGROSSI, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | FILED |
| ———————————— | ) | 7/13/23 11:59 am |
| | ) | CLERK |
| ROBERT C. BUCCIGROSSI, | ) | Doc. # 110    U.S. BANKRUPTCY |
| | ) | COURT - WDPA |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK TRUST NATIONAL | ) | |
| ASSOCIATION, not in its individual | ) | |
| capacity but solely as Owner Trustee for | ) | |
| VRMTG ASSET TRUST, by FAY | ) | |
| SERVICING, LLC, its mortgage servicer, | ) | |
| | ) | |
| Creditor/Respondent. | ) | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by Debtor Robert C. Buccigrossi on June 22, 2023.
The Parties have had notice and an opportunity to object and the Court has reviewed any objections
filed thereto.

***AND NOW***, this ___13th___ day of ___July___, ***2023***, it is hereby ***ORDERED***
that:

    (1)    The following parties are directed to participate in the Court's ***Loss Mitigation
Program*** **(LMP)** as set forth in *W.PA.LBR 9020-1* through *9020-7*.

Debtors:    Robert C. Buccigrossi

Creditor:    US Bank Trust National Association, not in its individual capacity
but solely as Owner Trustee for VRMTG Asset Trust, by Fay
Servicing, LLC, its mortgage servicer

    (2)    ***During the Loss Mitigation Period***, Debtor shall make (or cause to be made)
adequate protection payments in the amount of $453.81 per month to the Creditor or the Creditor's
designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)      *Within fourteen (14) days from the entry of this Order*, the Creditor shall register and post its entire Core LMP Package on the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-4(b)*.

(4)      *Within seven (7) days from the entry of this Order* or Creditor's registration on the Portal, whichever is later, Debtor shall upload a completed Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-4(c)*.

(5)      *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge receipt and designate a single point of contact for Debtor's review, pursuant to *W.PA.LBR 9020-4(d)*.

(6)      *Within sixty (60) days from the entry of this Order*, Debtor shall file and serve upon all interested parties an LMP Status Report, pursuant to *W.PA.LBR 9020-4(e)*.

(7)      *One hundred twenty (120) days from the entry of this Order,* the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5(b)*.

(8)      *Within seven (7) days of the termination of the Loss Mitigation Period*, Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020-4(f)*.

(9)      Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____    jsf
JEFFERY A. DELLER,
United States Bankruptcy Court

**PAWB Local Form 41 (06/17)**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                              Case No. 19-24869-JAD
Robert C. Buccigrossi                                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                    Page 1 of 2
Date Rcvd: Jul 13, 2023                      Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Robert C. Buccigrossi, 216 Garfield Rd., Latrobe, PA 15650-1052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2023                      Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Robert C. Buccigrossi gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks

on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com

TOTAL: 8