IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24869-JAD |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| US BANK TRUST NATIONAL ) | |
| ASSOCIATION, not in its individual ) | |
| capacity but solely as Owner Trustee for ) | |
| VRMTG ASSET TRUST, by FAY ) | |
| SERVICING, LLC, its mortgage servicer, ) | |
| ) | |
| Creditor/Respondent. ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Interim Mortgage Modification Order dated October 16, 2023, Doc. No. 132, was served on October 16, 2023, as follows:

By ECF addressed as follows:

Denise Carlon on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
dcarlon@kmllawgroup.com

Brian Nicholas on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By email addressed as follows:

Ronda J. Winnecour, LMP@chapter13trusteewdpa.com

By first class mail addressed as follows:

US Bank Trust National Association, not in its
individual capacity but solely as Owner Trustee
for VRMTG Asset Trust, by Fay Servicing, LLC,
its mortgage servicer
Att: Kinnera Bhoopul, Officer
P.O. Box 814609
Dallas, TX 75381-4609

Dated: October 16, 2023                  /s/ Glenn R. Bartifay
                GLENN R. BARTIFAY, ESQUIRE
                Pa. Id. No. 68763
                Counsel for Movant/Debtor

                BARTIFAY LAW OFFICES, P.C.
                2009 Mackenzie Way, Suite 100
                Cranberry Township, PA 16066
                (412) 824-4011
                gbartifay@bartifaylaw.com