IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | BANKR. NO.  19-24869-JAD |
| ROBERT C. BUCCIGROSSI, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ROBERT C. BUCCIGROSSI, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| US BANK TRUST NATIONAL | ) | |
| ASSOCIATION, not in its individual | ) | |
| capacity but solely as Owner Trustee for | ) | |
| VRMTG ASSET TRUST, by FAY | ) | |
| SERVICING, LLC, its mortgage servicer, | ) | |
| | ) | |
| Creditor/Respondent. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Scheduling Order dated October 16, 2023, Doc. No. 132, was served as follows:

By ECF on October 16, 2023 addressed as follows:

Denise Carlon on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
dcarlon@kmllawgroup.com

Brian Nicholas on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

By first class mail on October 20, 2023 addressed as follows:

US Bank Trust National Association, not in its
individual capacity but solely as Owner Trustee
for VRMTG Asset Trust, by Fay Servicing, LLC,
its mortgage servicer
Att: Kinnera Bhoopul, Officer
P.O. Box 814609
Dallas, TX 75381-4609


Dated: <u>October 20, 2023</u>          /s/ Glenn R. Bartifay
                                        GLENN R. BARTIFAY, ESQUIRE
                                        Pa. Id. No. 68763
                                        Counsel for Movant/Debtor

                                        BARTIFAY LAW OFFICES, P.C.
                                        2009 Mackenzie Way, Suite 100
                                        Cranberry Township, PA 16066
                                        (412) 824-4011
                                        gbartifay@bartifaylaw.com

2

## Glenn Bartifay

| | |
|---|---|
| **From:** | Courtmail@pawb.uscourts.gov |
| **Sent:** | Monday, October 16, 2023 9:44 AM |
| **To:** | Courtmail@pawb.uscourts.gov |
| **Subject:** | Ch-13  19-24869-JAD Robert C. Buccigro Order or Proceeding Memo Setting Hearing |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

Notice of Electronic Filing

The following transaction was received from jhel entered on 10/16/2023 at 9:44 AM EDT and filed on 10/16/2023
**Case Name:**     Robert C. Buccigrossi
**Case Number:**   19-24869-JAD
**Document Number:** 132

**Docket Text:**
Order Setting Hearing on (RE: related document(s): [131] Motion filed by Debtor Robert C. Buccigrossi). Hearing scheduled for 11/8/2023 at 10:00 AM via Zoom with Judge Deller. Responses due by 11/2/2023. (jhel)

The following document(s) are associated with this transaction:

**19-24869-JAD Notice will be electronically mailed to:**

Glenn R. Bartifay on behalf of Attorney Glenn R Bartifay
gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay on behalf of Debtor Robert C. Buccigrossi
gbartifay@bartifaylaw.com, sfallat@bartifaylaw.com;gbartifay@yahoo.com

Denise Carlon on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
dcarlon@kmllawgroup.com

Stephen Russell Franks on behalf of Creditor Specialized Loan Servicing LLC
amps@manleydeas.com

Brian Nicholas on behalf of Creditor US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**19-24869-JAD Notice will not be electronically mailed to:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

SPECIALIZED LOAN SERVICING LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, CO 80111