IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert C. Buccigrossi<br>Debtor(s)<br><br>US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust<br>Movant<br>vs.<br><br>Robert C. Buccigrossi<br>Debtor(s)<br><br>**Ronda J. Winnecour,<br>Trustee** | BK NO. 19-24869 JAD<br><br>Chapter 13<br><br>Related to ECF No. 138<br>Hearing: February 13, 2024 at 10 a.m.<br><br>**DEFAULT O/E JAD** |

**ORDER**

A *Loss Mitigation Order* dated Oct. 16, 2023, was entered in the above matter at Document No. 132. On January 16, 2024, a ***Motion to Terminate the Loss Mitigation Program*** was filed by U.S. Bank Trust National Association at ECF No. 138.

**AND NOW**, this 8th day of February 2024, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation program in this case is *terminated*, *effective* February 8, 2024, and the Final Report is due seven (7) days thereafter pursuant to W.PA.LBR 9020-4(f).

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee, and U.S. Trustee. Movant shall file a certificate of service within three (3) days hereof.

JEFFERY A. DELLER[jah]
United States Bankruptcy Judge

FILED
2/8/24 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
Denise Carlon, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24869-JAD |
| Robert C. Buccigrossi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Robert C. Buccigrossi, 216 Garfield Rd., Latrobe, PA 15650-1052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Robert C. Buccigrossi gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Stephen Russell Franks
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

    on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com

TOTAL: 7