IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO.  19-24869-JAD |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELEASE OF TRUSTEE FUNDS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Release of Trustee Funds filed on February 15, 2024, Doc. No. 146, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing filed on February 15, 2024, Doc. No. 147, Responses to the Motion were to be filed and served no later than March 4, 2024.

It is hereby respectfully requested that the Proposed Order filed on February 15, 2024, Doc. No. 146-2 be entered by the Court.

Dated: March 6, 2024                /s/ Glenn R. Bartifay
                                    GLENN R. BARTIFAY, ESQUIRE
                                    Pa. Id. No. 68763
                                    Attorney for Movant/Debtor

                                    BARTIFAY LAW OFFICES, P.C.
                                    2009 Mackenzie Way, Suite 100
                                    Cranberry Township, PA 16066
                                    (412) 824-4011
                                    gbartifay@bartifaylaw.com