IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | BANKR. NO. 19-24869-JAD |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |
| ) | |
| ) | |
| ROBERT C. BUCCIGROSSI, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
| Respondent. ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO DISMISS CASE**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on February 13, 2024, Doc. No. 144, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing filed on February 13, 2024, Doc. No. 145, Responses to the Motion were to be filed and served no later than March 1, 2024.

  It is hereby respectfully requested that the Proposed Order filed on February 13, 2024, Doc. No. 144-2 be entered by the Court.

Dated: March 6, 2024      /s/ Glenn R. Bartifay
               GLENN R. BARTIFAY, ESQUIRE
               Pa. Id. No. 68763
               Attorney for Movant/Debtor

               BARTIFAY LAW OFFICES, P.C.
               2009 Mackenzie Way, Suite 100
               Cranberry Township, PA 16066
               (412) 824-4011
               gbartifay@bartifaylaw.com