Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Robert C. Buccigrossi**  :  Case No. 19−24869−JAD
*Debtor(s)*  :  Chapter: 13
:
:
:
:  Related to ECF No. 144
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 7th of March, 2024,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert C. Buccigrossi  
    Debtor

Case No. 19-24869-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Mar 07, 2024      Form ID: 309      Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert C. Buccigrossi, 216 Garfield Rd., Latrobe, PA 15650-1052 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| 15175358 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 08 2024 04:51:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 08 2024 00:02:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Mar 08 2024 00:02:00 | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 15190497 | | EDI: GMACFS.COM | Mar 08 2024 04:51:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 15174965 | + | EDI: GMACFS.COM | Mar 08 2024 04:51:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15174966 | + | Email/Text: bknotice@ercbpo.com | Mar 08 2024 00:02:00 | Enhanced Recovery Co L, Po Box 57547, Jacksonville, FL 32241-7547 |
| 15176716 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 07 2024 23:58:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15174967 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2024 00:09:48 | Lvnv Funding Llc, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15183866 | | EDI: PRA.COM | Mar 08 2024 04:51:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 15174968 | + | EDI: PRA.COM | Mar 08 2024 04:51:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15207250 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 08 2024 00:02:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15324527 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 08 2024 00:02:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15340065 | ^ | MEBN | Mar 07 2024 23:51:36 | US Bank Trust National Association, Not In, Its Individual Capacity But Solely As, Owner Trustee For VRMTG Asset Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 15174969 | + | EDI: WFFC2 | Mar 08 2024 04:51:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 07, 2024 | Form ID: 309 | Total Noticed: 17 |

Moines, IA 50306-0335

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Specialized Loan Servicing LLC |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Robert C. Buccigrossi gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com |

TOTAL: 7