IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO. 19-24869-JAD |
| ) | |
| ROBERT C. BUCCIGROSSI, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | Related to ECF No. 146 |
| ) | Hearing: March 12, 2024 at 10 a.m. |
| ) | |
| GLENN R. BARTIFAY, ESQUIRE, ) | |
| and BARTIFAY LAW OFFICES, P.C., ) | |
| ) | |
| Movant, ) | **DEFAULT O/E JAD** |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Trustee, ) | |
| ) | |
| Respondent. ) | |

## ORDER OF COURT

AND NOW, this 7th day of March, 2024, it is hereby ORDERED that the $3,058.37 held by Respondent Ronda Winnecour in the above bankruptcy case, less any fees due to Respondent Ronda Winnecour, Trustee, shall be disbursed to Movant Glenn R. Bartifay, Esquire, and Bartifay Law Offices, P.C. as payment of counsel fees previously approved by the Court.

JEFFERY A. DELLER
United States Bankruptcy Court

FILED
3/7/24 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case Administrator to serve:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert C. Buccigrossi  
    Debtor

Case No. 19-24869-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Mar 07, 2024     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert C. Buccigrossi, 216 Garfield Rd., Latrobe, PA 15650-1052 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon  
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust dcarlon@kmllawgroup.com

Glenn R. Bartifay  
    on behalf of Debtor Robert C. Buccigrossi gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay  
    on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Office of the United States Trustee  
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
    cmecf@chapter13trusteewdpa.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: pdf900 | Total Noticed: 2 |

S. James Wallace
          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
          on behalf of Creditor Specialized Loan Servicing LLC amps@manleydeas.com

TOTAL: 7